FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-5309
_____

IVIN ROMAND RICHARDSON,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel –
Original Jurisdiction.

February 21, 2018

PER CURIAM.

    The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

_____

Ivin Romand Richardson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.